IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MARVEL W. BARROW,<br><br>Appellant,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE,<br><br><br><br>Appellee. | MEMORANDUM DECISION AND<br>ORDER DISMISSING APPEAL<br><br><br><br>Case No. 2:10-CV-587 TS<br>Bankruptcy No. 10-20050 RKM |

On June 28, 2010, the debtor/appellant filed a Motion for an appeal of an interlocutory order granting relief from the automatic stay entered by the Bankruptcy Judge in a Chapter 13 bankruptcy case. Federal Home Mortgage opposed the request arguing that grounds had not been shown for an interlocutory appeal.

On July 23, 2010, appellee Federal Home Loan Mortgage filed its Notice of the dismissal of the underlying Chapter 13 case and attached the dismissal order and a copy of the docket sheet. Accordingly, it requested that this appeal be dismissed. The debtor/appellee has not filed a response. The underlying bankruptcy case being dismissed, and the debtor/appellant having filed no opposition to the request for dismissal

1

of this matter, it is therefore

> ORDERED that this appeal is DISMISSED.

> DATED   November 17, 2010.

>> BY THE COURT:

>> _____
>> TED STEWART
>> United States District Judge